UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAI KIMBERLY TOURE,<br><br>    Plaintiff,<br><br>  v.<br><br>ADMINISTRATIVE OFFICES OF THE COURTS, et al.,<br><br>    Defendants. | Case No. 16-cv-02612-JD<br><br>**ORDER TO SHOW CAUSE** |

At 1:30 p.m. on Wednesday, August 31, 2016, the Court called this case for a case management conference. Counsel for plaintiff did not appear. The absence was unexcused, and the failure to appear violates the Court's standing order for civil cases.

Plaintiff's counsel is ordered to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for counsel's failure to appear. The response to this order is due by 12:00 p.m. on Wednesday, September 7, 2016.

**IT IS SO ORDERED.**

Dated: September 1, 2016

_____
JAMES DONATO
United States District Judge